■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMORI WILLIAMS, Appellant. [836 NYS2d 446]—Order unanimously affirmed. Counsel's motion to be relieved of assignment granted

(*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Order of Erie County Court, Sheila A. Di Tullio, J.—Sex Offender Registration Act). Present—Scudder, P.J., Martoche, Smith, Centra and Peradotto, JJ.